**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Thomas B. FOSTER, Defendant— Appellant.**

**No. 09–6434.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Thomas B. Foster, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

PER CURIAM:

Thomas B. Foster appeals the district court's order denying his § 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Therefore we affirm for the reasons stated by the district court. *United States v. Foster*, No. 3:96–cr–00005–GCM–DCK (W.D.N.C. Feb. 24, 2009). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*